EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Luis Carbone Rosario | 2005 TSPR 190 166 DPR _____ |

Número del Caso: TS-3177

Fecha: 13 de diciembre de 2005

Oficina del Procurador General:

Lcda. Miriam Soto Contreras
Procuradora General Auxiliar

Lcda. Wanda I. Simons García
Procuradora General Auxiliar

Abogado del Peticionario:

Lcdo. Carlos R. Noriega

Materia: Reinstalación condicionada al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Luis Carbone Rosario                    TS-3177


RESOLUCIÓN
***NUNC PRO TUNC***

San Juan, Puerto Rico, a 12 de diciembre de 2005

Se enmienda ***nunc pro tunc*** resolución emitida por este Tribunal el 30 de noviembre de 2005, a los efectos de corregir la fecha que aparece en el primer párrafo de la pagina núm. 2 para que lea como sigue: "La Comisión convocó la celebración de una vista para el 21 de octubre de 2003, la cual fue reseñalada para el 3 de febrero de 2004."

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo